UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
DEC 08 ...

----

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-10046 |
| Plaintiff, | INDICTMENT |
| vs. | TRANSPORTATION OF CHILD PORNOGRAPHY; POSSESSION OF CHILD PORNOGRAPHY |
| RONALD DEAN KEATS, | |
| Defendant. | 18 U.S.C. §§ 2252A(a)(1); 2252A(a)(5)(B); and 2256(8)(A) |

----

The Grand Jury charges:

## COUNT 1

On or about February 13, 2010, the defendant, Ronald Dean Keats, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from a location outside the District of South Dakota to the District of South Dakota, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, all in violation of 18 U.S.C. § 2252A(a)(1) and (b).

## COUNT 2

On or about April 17, 2010, the defendant, Ronald Dean Keats, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from a location outside the District of South Dakota to the District of South Dakota, using any means and facility of

interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, all in violation of 18 U.S.C. § 2252A(a)(1) and (b).

## COUNT 3

On or about May 7, 2010, the defendant, Ronald Dean Keats, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), from a location outside the District of South Dakota to the District of South Dakota, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, all in violation of 18 U.S.C. § 2252A(a)(1) and (b).

## COUNT 4

On or about May 18, 2010, in the District of South Dakota, the defendant, Ronald Dean Keats, did knowingly possess material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, all in violation of 18 U.S.C. §§ 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, the defendant, Ronald Dean Keats, shall forfeit to the United States any and all materials or property used or intended to be used in the transportation and possession of child pornography. Such property includes, but is not limited to:

   a. Dell Latitude D830 computer, Service Tag #HMBZGD1, including a Western Digital, Scorpio Blue hard drive, serial number WXEX08P43011;
   b. a Magnavox CD-R bearing the partial serial number 1LH16432B1;
   c. an Imation CD-RW bearing the serial number LD621 MJ31103400;
   d. a Magnavox CD-R bearing the serial number 3110MA171LH15249D3; and
   e. an Imation CD-RW bearing the serial number LD621MJ311030509.

A TRUE BILL:

_____
Foreperson

_____
Keith A. Becker
Trial Attorney
United States Department of Justice